AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:25-mj-00245 |
| CHARLES PURCELL CASEY SR. | ) Assigned To: Judge Upadhyaya, Moxila A. |
| DOB: XX/XX/XXXX | ) Assign. Date: 10/13/2025 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10/11/2025__ in the county of __Washington__ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm or Ammunition |

This criminal complaint is based on these facts:

See attached Statement of Facts.

☑ Continued on the attached sheet.

_____
Complainant's signature

Matthew R. Brown, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/13/2025

_____
Judge's signature

City and state: Washington, DC

Moxila A. Upadhyaya, Magistrate Judge
*Printed name and title*